**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

BRASE FARMS, INC.; RAYMOND J. SVOBODA; MOROVILLE FARMS INC.; BLANKENSHIP FARMS, INC.; ALLAN WOLF; NEWCOMB FARMS, LP; CHRISTIANA NEWCOMB; RANDALL NEWCOMB; BICICNELL FARMS LP; JOE BICICNELL; MARTIN T. DUNCAN;  TERESA DUNCAN; MARTIN AND TERESA  DUNCAN FARM PARTNERSHIP; LINDA  HINKLE; MORRIS WILHOIT; GENE  WILHOIT; GREG W. CAMPBELL;  NEWMAN FARMS, INC.; DAVID WAYNE  BAUER; LAURETTA DARLENE BAUER; WELDON FRANCIS BECKER; WELDON  TODD BECKER TRUST DATED 5/29/2004;  PHILLIP A. BOHLEN; STEPHEN BRAGG;  THOMAS CARSO; DANIEL CHAMBERS;  JOHN C. CLIFFORD III; KIMBERLY J.  CLIFFORD; RAINMAKER FARMS LLC;  KENNETH PIERCE CROSSLAND; PAUL DAILY FARMS; ROGER GREEN; GROSS  FARMS, INC.; RONALD L. GROSS LIVING  TRUST; JAMES L. GUNN, JR.; KINGERY  ACRES CO.; DONALD PAUL IMMKE;  CHARLEY WILLIAM JACKANICZ;  CONNIE L. KINNAMAN; JOHN T. LEE;  DARRELL WILLIAM MCCUMBER;  ERNEST ALLEN MEADOWS; GREG ALAN  MILLER; WINDY GROVES, INC.; GERALD  LEE MILLER; JEFFREY LEE MILLER;  DUANE ARNOLD PRATT, SR.; JUSTIN  DAVID SHOOT; RIDGEDALE FARMS LTD.; SHORT LAND, INC.; LARRY B  SKINNER TRUST; RONALD J. SOLICH;  DAVID GLENN STATEMA; KLEON  BAKER; MICHAEL D. CORNWELL;  VALERIE KAY CORN WELL; DIANE E.  MITCHELL; ROGER T. MITCHELL;  NAOIVII BAKER IRREVOCABLE TRUST;  DALE WAYNE SCHURING; TAPHORN  BROTHERS; GERALD RICHARD  TAPHORN; STEVEN ALLEN THOMPSON;  GEO D. TOMLINSON, JR.; TOMLINSON  FARM TRUST; MARK J. UTECHT; ALAN K. NEWCOMB; HOWARD & WANDA  WINTERS IRREVOCABLE FAMILY TRUST;  AGNES LINGA FELTER TRUST; DELNO LINGA FELTER TRUST; WILLIAM T. WERNZ; MAURICE WERNZ; ALBERT D. WERNZ; WERNZ, LTD.; JAY RUSSELL CROSS; ARTHUR WAYNE

No. 15-cv-1374

MCDOWELL; GREGORY JOHN CROSS; JAMES SLUSSER REVOCABLE TRUST; ERICH BERNER; GENE DINKELMAN; RICHARD HARMON IRVIN; PATRICIA ECICERTY, DECLARATION OF TRUST DATED 3/23/06; JOHN MAURICE MCGINNES; RONALD WAYNE CLOYD; DONALD EUGENE ELBE; SUSAN ELBE; DOLL'S DAIRY, INC.; MICHAEL ALAN SHORT; KATHY L. POLETTI REVOCABLE LIVING TRUST; TRIANGLE DEVELOPMENT LLC; TRIANGLE GRAIN, INC.; BETH GREENE; DOUGLAS A. BLANKENSHIP; HEINS BROTHER FARMS; HEINS FARMS, INC.; LOUIS ALDAG, JR.; E & G WEIS FARMS, INC.; T.A.M. FARMS, INC.; BRIAN WILLENBORG; SUZANNA R. BLANKENSHIP REVOCABLE TRUST; DANNY JOHNSTON; L.E. JOHNSTON FARMS, INC.; BRENDA SUE SMITH; HALLDALE DAIRY FARM, INC.; KIMBERLY PIZZUTO; GREG S. HALL; JULIA D. LITTLEJOHN REVOCABLE TRUST; LITTLEJOHN FARMS LLC; IAN SCOTT LITTLEJOHN; WEILER FARMS, INC.; MICHAEL L. CRIPE; KEVIN D. HEIDEN; BILL L. BAILEY; CINDY BAILEY; COLE BAILEY; DARREN BAILEY; NORMA GENE BAILEY; ZACHARY BAILEY; ROGER W. WESSELS; DOLE FARMS INC.; ANDREW DOLE; JANICE DOLE; JEFF A. DOLE; MARTY DOLE; DOROTHY DOLE TRUST; LULA DOLE TRUST; E. JOAN RECORD; VIRGINIA CAMPBELL ESTATE; DEAN J. DRYDEN; DONALD F. CLARK; WAYNE EUGENE PARKER; CRIPE FARMS INC.; RICK ALAN CRIPE; WEMPEN FARMS, LTD.; NIENDIEK DAIRY, LTD.; J AND V PROBST PARK, INC.; ROBERT WHITWORTH; SHAWN CRIPE; B&B PROBST FARMS, INC.; MAURICE GENE WALKER; RANDY STEVEN KRAUSE; RICHARD GARLISCH; MARLOWE CAULKINS; BRIAN HALE MCCORMICK; DOLORES ANN CURRY; MARC BRINEY; SHIRLEY HARBIN; HERSCHEL BRINEY FARMS, INC.; ARLENE HOLLIS; J.R. BRINEY & SONS, INC.; KELLY AND HOLLY KOST; JAMES S. TODD; ALAN J. TWEDT; TODD E. TWEDT; RICHARD JAMES MEEHAN; ROBERT CHARLES MEEHAN; LESLIE DALE PRUITT; CRIPE BROTHERS, A PARTNERSHIP; GREENWOOD FARMS, INC.; PROVINES FARMS, INC.; SCHLUCKEBIER FARMS, INC.; DAVID GREGG, INC.; BYW INC.; D WALK INC.;

2

PB WALK CO.; WD WALK LTD.; WILLIAM, PAT, BRAD, BRAD & DARN WALK PARTNERSHIP; P&M WALK, INC.; HUFFMAN FARM & ELECTRIC, INC.; R FARMS, INC.; OHMES GRAIN FARM, INC.; DOBBINS GRAIN FARM, LTD.; CHET AARON DOBBINS; VANBLARICUM FARMS, INC.; BRIAN KASTNING; TIM COHORST; CHARLES ICASTNING; JANICE LOUISE TOWNSEND REVOCABLE TRUST; WALTER LLOYD TOWNSEND REVOCABLE TRUST; WALTER TOWNSEND; J&S THOMANN; THOMANN FARMS; EMILY THOMANN; GAIL THOMANN; JOHN THOMANN; MICHAEL THOMANN; RUTH THOMANN; SHEA THOMANN; OPFER FARMS, INC.; SEEDTIME & HARVEST, LTD.; KENNETH JOHN GERLACH; PROBST AG, INC.; JAMES WYATT BELL; JAMES A. BELL; ROLLING PRAIRIE FARM INC.; BERNARD FLOOD; DOUGLAS BELL; NATHAN DOTY; CANNON HOG FARM, INC.; KERRY RAY WALTER; SHIRLEY WALTER; JOHN R. PIHL; KNEBEL CIRCLE K FARM, INC.; JEREMY C. KNEBEL; JASON CRAIG OPFER; SHANE M. WAY; TIMOTHY J. WHALEN LIVING TRUST; JOSHUA D. CHARLTON; ZACHARY A. CHARLTON; ERIC EETEN; DAVID M. FORNOFF; MICHAEL FORNOFF; ROBERT FORNOFF; RYAN FORNOFF; DON FRIEND; MATTHEW C. FRIEND; JOHN LIMBACK; MEEKER BROTHERS; KORY MITCHELL; RODNEY RICHARDSON; SKILLET FORK FARM MGR.; KENNY ALAN TOMKY; CONNIE COLE; RANDY J. FELDHAUS; ERIC FELDHAUS; ALLEN J. CLINE; MICHAEL B. CLINE; KIMBERLY A. CLINE; MICHAEL L. CLINE; TYLER J. CLINE; KYLE D. CLINE; TERRY CLINE; THE LARRY J. HOSTETLER TRUST #1; CHARLES HOLST; YELLOW SPRINGS FARMS, INC.; THOMAS HECKENBERG; SCHNEIDER FARMS, INC.; BOBBY G. SCHEIDERER REVOCABLE TRUST; JOHN F. SCHAAP; ANDERSON FAMILY BUSINESS, LLC; KEN DALE NOLTING; DIANE RHOTEN; EVERETT NOLTING; DUSTIN NOLTING; STEVE GALLES; ROGER GALLES; EDWARD BARTH; RICHARD E. COLE, JR.; TARAH AANERUD; ANTOL1K, INC.; JEFFREY CLARK ARTZ; SCOTT MATTHEW

3

BERGQUIST; BOWDEN INVESTMENT COMPANY
LLP; CLYDE BREWER; WILLIAM CODY BUNDA;
BUNDA SEED FARM, INC.; DAVID CLIFFORD
BUNDA; BRADLEY G. BROWNELL; DENNIS
JOHN CHICOINE; RAMONA CLARK; OWEN
DALE CLIFFORD; MARK ALLEN DIEMER;
KENNETH LEN DITTBENNER; CODY JAMES
DORNBIER; SANDY CREEK FARM, INC.; EBERT
FARMS; GREGORY EBERT; LISA EBERT;
RODNEY E. HABIGER; THOMAS REID ELLIOTT;
ELLIOTT & SONS, INC.; JAYNE ELLIOTT;
KENNETH PITTSFORD TRUST; DAVID HALT;
WILLARD R. HART; VICTORIA L. HART; TERRY
LEE HOCHHALTER; ANGELA D. HOFMANN;
WAN W. HOFMANN; CAROLE LYNN HOOD;
MARC PHILLIP HOYLE; ERIC LUCAS
JACOBSON; DAVID HERBERT JAEGER;  CHERYL
JOHNSON; LOREN JOHNSON;  AARON LEE
KELDERMAN; ANCEL  KELLER; CRAIG NELSON
KING; TERRY  KLAVER; JAMES CHADWICK
KOCH;  JAMES WILLIAM KOCH; JOSEPH
MICHAEL KOCH; JULIA KOCH; KOEHLER
BROTHERS FARM PARTNERSHIP; KOKES
FARMS, LLC; JAMES C. KOKES; JASON
DONALD KOKES; JON J. LANGENBERG;  VICKY
LANGENBERG; LAU FARMS, INC.;
CHRISTOPHER MARINUS LEE; RICHARD
MICHAEL LEISURE; JUSTIN M.  MENEELY;
KAREN MYERS; STEVEN  VERN MYERS; J & A
FARMS LLC; ABBY  L. MYERS; JARED COLE
MYERS; DANIEL  RUSSELL NIICHEL; MICHAEL
WILLIAM  O'CONNOR; JEREMY & MEGHANN
BLACH LLC; JEREMY BLACH; PATRICK
ORTMEIER; JERRY HENRY PENNING;  RAY
WESLEY POYNTER; RAY WESLEY  POYNTER,
JR.; JERRY HAROLD RAINES;  GARY WILLIAM
REECE; GERALD F.  RENZE; VERNON JOHN
RENZE; JAMES  JOSEPH RIESBERG; RIESTERER
FARMS  LLP; THREE R FARMS, LLC; MICHAEL
BURTON ROACH; MARILYN RODE;  MARVIN
RODE; REDSTONE FARMS, INC.;  SAYRE FARM
OPERATIONS LLC; SARA  SCHARTZ; STEPHEN
SCHARTZ; S & S  FARM PARTNERSHIP; RICK
ALLAN  SCHUTJER; M & M AG INVESTMENTS,
LLC; AG RESOURCES, LLC; BELMONT  AG
PARTNERS; NORMAN ELDON SMITH  2009
REVOCABLE TRUST; SMITH  FAMILY FARMS,
INC.; THOMAS AUGUST  SNYDER; PHILLIP

4

DEAN SOMMERFELD; PAUL EUGENE SPORRER; MICHAEL P. SPORRER; ROBERT SPORRER; HUBERTHA JOAN STATEMA; STRAIN FARMS, INC.; JACKIE LEE STRAIN; GLEN ALAN TALSMA; TBS, INC.; STEVEN WAYNE LANDERS; VAAGENE FAMILY FARMS, INC.; VOGEL FARMS; KENNY RICHARD VOGEL; VOGEL BROTHERS AND SONS, INC.; WARK FARMS, INC.; WARK FARMS PARTNERSHIP; KEVIN WAYNE WARK; DONALD LEROY WEEK; JANE M. WENSTROM REVOCABLE TRUST; RICHARD J. WENSTROM REVOCABLE TRUST; WENSTROM LLC, F/K/A WENSTROM FARMS; JANE M. WENSTROM; ELDON M. WHEELER; BETTY L. WHEELER; WILLIAM M. WHITE FARMS, INC.; CURTIS J. WILLIAMS; • JASON JOHN WIRTH; NICHOLAS JOSEPH WITTROCK; KEN AND DEBRA WOITASZEWSKI, INC.; ZENK FARM, INC.; CANDACE LEE O'CONNOR; GRAHAM FAMILY FARMS LLC; CARL E. WRIGHT REVOCABLE TRUST; COZY CREEK FARMS, INC.; CHRISTOPHER A. SIMPSON; JOHN BRONNENBERG; DALE REX LEE; JOHN R. PUGSLEY; BOYCE TURNER; HACKMAN BROTHERS PARTNERSHIP; BRIAN LYNN HACKMAN; LORA HACKMAN; LARRY APPELDORN; ROBERT BEEKMAN; ST. GAUDENS TRUST; MARTIN DANIEL CONNOR; STEPHANIE CONNOR; MARTIN JOSEPH CONNOR; SUSAN CONNOR; KIM DIEMER; GARY DRECKMAN; FORBES FARMS, LTD.; FREEMAN DISTRIBUTING, INC.; FRERK FARMS, INC.; DAVID F. BLACH; DOUGLAS J. GRONAU; JUDY MAE GRONAU; JOHN WAYNE MUEGGENBERG; GRUBER FARMS, INC.; KENNETH E. HANSEN; HAYS FARMS LLC; DALE HENKE; DIVINE FARMS, INC.; JEREMY CARL KING; NATHAN KUOKOA BRAUSE; SHANNON BOYD SCHMIDT; DANIEL J. HIATT; BLEAK HOUSE FARM, INC.; JESSICA BROPHY; MARTIN BROPFIY; R-3LLLP; RUBEN RICHARDSON; TERRY & JULE BOOKER FARM; DAVID NORMAN SIELER; FLANDERS FARMS INC.; LESLIE STEVEN FLANDERS; MICHAEL STRAIN; BRIAN JAMES BRADLEY; POPSON FARMS GENERAL PARTNERSHIP; NUEST PARTNERSHIP; MARCIA A. BENDA; MARK J. BENDA; DONALD MORRIS CORP.; JOHNSON & BLOOM LLC; JOHNSON BROTHERS

5

LLP; JORDAN JOHNSON; SUSAN JOHNSON; JOE ANNE LARABEE; VERLA JEANETTE BLAKEMAN SULLIVAN; RALPH EBERT; OKC FARMS LLC; DAVID R. LUEPKE; JOHN DAVID LUEPKE; THE SHARON L. SCHLUETER LIVING TRUST; ALAN JAMES ROCK; C&A BOUSLOG FARMS, INC.; D&B BOUSLOG FARMS, INC.; BOAR BRANCH LLC; MITCHELL CARTRETTE; WILLIAM "COLE" CARTRETTE; PERKINS PERFORMANCE LLC; BRIAN WILLIAM PERKINS; JIM STEVENSON; DORLIN S. DRAKE; PRICE FARMS; BEN PRICE; JACKIE PRICE; DAVID VOGES; MICHAEL D. SIMPSON IRREVOCABLE TRUST; MICHAEL D. SIMPSON; MICHAEL J. SIMPSON; JOSHUA DAVID JAEGER; TAMMI ANN JAEGER; BRADLEY A. FERREE; GLEN THOMPSON; RANDY PRUITT; CLARK & CLARK FARMS, INC.; MARK CLARK; KANDI ADELGREN; ELKHORN CROSSING LLC; CCK GRAIN FARM; RANDALL KUPPLER; ANGELA DICKEY; MICHAEL J. DICKEY; ALAN CHOWNING; JOY ELLEN KUPPLER; FOREST L. PAYNE; CODEE D. SOUNDER; 2 G FARMS, INC.; JOHN GARNER FARMS, INC.; DOUGLAS HAY WORTH; TINA MAHER; JOHN L. DRAKE; JASON JENKINS; JOHNNY SWALLS; JEREMY J. JAEGER; M & M ROSE FARMS, LLC; GRAHAM FARMS, INC.; THOMAS E. GRAHAM, JR.; ERNEST FISHER; KARL FISCHER; KELLY FISCHER; KIRK FISCHER; PATRICIA FISCHER; TRIPLE K; RACHEL FISCHER; CONNIE THRASHER; THEN AND NOW FARM CORPORATION; WILLIAM POHLMAN; STEPHEN L. DRAKE; BRIAN L. DRAKE; LINDA M. BARR; W.E. KEITH DRAKE; KAREN L. SCOTT; LARRY R. SCOTT; ANTHONY M. WASSEL; JEAN H. DRAKE JULIAN REVOCABLE TRUST; LLOYD L. DRAKE IRREVOCABLE TRUST; GREGORY MACE; BILL BAKER; PHILLIP R. HAMMOND; MICHAEL FRANKLIN BURICHART; WILLIAM PATRICK BURKHART; JOHNATHAN C. REINHART; LYLE SMITH; MICHAEL BAUCKE; LARRY BAUCKE; FAIRCHILD FARMS, INC.; MARK JOEL FAIRCHILD; ED HARSH & SONS PARTNERSHIP; LAUTERBACH FARMS LLC; DONALD HARVEY GOETTSCH; MARK A. PETERSON; FREDERICK R. PETERSON; THE DONALD FRODERMAN FARM; BRUCE E. FRODERMAN; IDA M. HUNT; MARY A.

6

MATTOX; WILMA L. MAYFIELD; CHINOOK ENTERPRISES, LLC; FARMER JACK LAND COMPANY, LLC; GIBSON DEVELOPMENT, LLC; GREGORY L. GIBSON; GIG LEASING CORPORATION; HOOSIER JACK LAND COMPANY, LLC; SULLIVAN JACK LAND COMPANY, LLC; SUNDANCE FARMS, LLC; MCDONALD FARM HOLDINGS, LLC; DARLENE LEE; MELVIN LEE GERBER; MARGARET MORROW; STEPHEN EARLY; DUSTIN FAIRCHILD; JAMES M. CAMPBELL; JM CAMPBELL FARMS, INC.; CHOCTAW FARM LLC; GREGG DAY; G & P FARM LLC; HANNAH FARM LLC; JACK MAZZANTI; SHELBY FARM LLC; ST. MICHAELS FARMS; ST. MICHAELS FARMS LLC; CHARLEEN VENABLE; GUY TEETER FARMS; BRICK FARMS INC.; RICKEY DAY FARMS PARTNERSHIP; COFFEE CREEK FARMS INC.; E & B HINDSLEY; TRIPLE G INVESTMENTS LLC; BEAU & SHEA FARMS PARTNERSHIP; MATT & HOLLY FARMS; SCOTT AND AUTUMN FARMS; SCOTT DAY FARMS; TAYLOR DAY; J&L FARMS; S& E FARMS PARTNERSHIP; GOOSE FARMS, INC.; JERRY MCMAHAN FARMS, INC.; DS EDWARDS FARMS; JEFF FARMS, INC; TUFF ACRES FARMS, INC.; HAYDAY FARM PARTNERSHIP; MARK DAY FARM PARTNERSHIP; STEPHEN DAY FARM PARTNERSHIP; DUSTIN DAY FARM PARTNERSHIP; JACOB AYECOK FARMS; AYECOK HILL FARMS; DINAH AYECOK FARMS; OPTIMUM AGRICULTURE LLC; OPTIMUM PINE BLUFF LLC; OPTIMUM LOUISIANA LLC; OPTIMUM BRINKLEY LLC; SAINT MICHAELS PARTNERSHIP LLC; KT & P PARTNERSHIP; HIGBIE FARMS GP; L&M HOLDINGS LLC; CHRISTOPHER PATRICK COLLINS; MICHAEL STANLEY; BARBARA STANLEY; KAREN ROBERTS; CLIFFORD ROBERTS; STAN ADAMS FARMS LLC; DON & KAYE ADAMS FARMS PARTNERSHIP; PARROTT FARMS, INC.; MATTHEW THOMAS PARROTT; PARROTT FAMILY FARMS PARTNERSHIP; PALSA PLANTATION; JAP FARMS; PARKER PALSA FARM; ORIN ANDREW AMBROSE IV; JAMES LEE BISHOP; LOUISE WRIGHT; ETTIS DITTO; JOSEPH MCCARVER; PAUL ANDERSON; RONALD ANDERSON;

7

DOUGLAS ARNOLD; J & M PLANTING COMPANY; GREG PASCHALL; JDB FARMING COMPANY INC.; MALISSSA PEACOCK; ELIZABETH PEACOCK-BRANDES; ROSE K. RICHARDSON; BERBOS FARMS PARTNERHLP; MICHAEL BERNARD; GINA BERNARD; JAMES B. RUTLEDGE; SARAH E. RUTLEDGE; BRANDON FISCHER; JOSEPH BAILEY RUTLEDGE REVOCABLE TRUST; JAMES W. BERNARD; MARY B. GILMORE; SCOTT A. BIERMAN; TROY A. BIERMAN; DAVID AND KRISTEN BLASEY JOINT VENTURE PARTNERSHIP; TIM BORGE; JARED BOSSLY; MARK BOSSLY; PATRICK C. BOWAR; ROBERT BRAASCH; DON BRANDERHORST; BRAUN JOINT VENTURE; J.B. PARTNERSHIP; KEITH BRAUN; L BRAUN AND S BRAUN GENERAL PARTNERSHIP; ARMADALE FARMS, INC.; NJ BRAUN FARMS GENERAL PARTNERSHIP; SAMUEL J. BRAUN; SLS FARMS; CJ WIENTJES FARM PARTNERSHIP; SHARON A. BRAUN; JUDITH SCHWAB; CORBY BROWN; ELLIOTT C. BROWN; BURY FARMS INC.; CAMPBELL FARMS PARTNERSHIP; JIMMY BOERSCHMANN; JANE AND CHARLES PRIMM TRUST; LEMOND THOMF'SON TRUST; GEFF CARSTENS; BENJAMIN COPASS; DALY BROS.; MAD FARMS, GP; RONALD AND DEBBIE DELL; DELL FARM INC.; PARAGON GP; BILL ENGLISH; SETHENIA ENGLISH; STEVEN J. FARRELL; CHAD FISCHBACH; GREG FISCHBACH; T&G FISCHBACH; G & 0 FISCHBACH GENERAL PARTNERSHIP; OWEN FISCHBACH; TOM FISCHBACH; WILLIAM A. FUHRMAN; LONNIE DALE GIBSON, JR.; LONNIE DALE GIBSON, SR.; LYNNETTE GIBSON; ALICE GIBSON; BELINDA MARKIN; NELDA MUNGLE; GT AG, LLC; BEAU GOEHRING; JUDITH GREENLEY; RANDALL GREENLEY; MARK HAINES; TRISHIA HAINES; DAVID HAGGARD; H&D FARMS; JUDITH HAGGARD; TRENT HAGGARD; CLAIRE HAGGARD ZUREK; JEFFREY DUANE HAMILTON; MICHAEL HARMON; CHAD HASELHORST; HASELHORST FARMS INC.; MMH GRAINS INC.; JANIS AND ELOY HEIER; TIM HEILMAN; HEILMAN FARMING INC.; EDCO PROPERTIES LLC; DALE A. HEPPER; KURT HOEFT; NATHAN HOEFT; PEMBROOK

8

HU'FTERIAN BRETHEREN, INC.; JON HOFFMAN; CARLA HOFFMAN; BRETT HOLLER; ANTHONY HOWARD; RUSSELL HOWARD; ADAM HUNT; AHUNT FARM, LLC; ARNOLD HUNT; AUSTIN HUNT; RANDY & RONNIE HUNT PARTNERSHIP; RICHLAND PARTNERSHIP; LARRY HUNT; DIAMOND V RANCH; DAVID KASPER; TIMOTHY KASPER; RICHARD KEATING; RANDY KIENOW; KIENOW FARMS, INC.; JEREMY KOENIG; EMILY KOENIG; KRAUSE-ALLBEE FARMING, INC.; KRAUS-ALLBEE TRUCKING, INC.; L&L KRAUSE, GP; LON LAGODINSKI; VICTOR LAGODINSKI; MARIE MAGDALENE LAGODINSKI; ROBERT LANDEIS; ROBERT LANDRIGAN; GARY LARSON; NEIL LARSON; PAUL LARSON; ROGER LARSON; LOVELAND FARMS, LLC; JEFF LEWKE; TRACY LEWKE; JON LOCKEN, INC.; DANA B. LOCKEN, INC.; LOREN LOCKEN, INC.; MACLIN FARMS LLC; JOSH MACLIN; JOSH MACLIN FARMS, LLC; DENVER HOWARD FDKE ESTATE; BEA GRISSOM; SHAWN MACLIN FARMS; SHAWN MACLIN FARMS LLC; PAUL MACLIN; C.W. REED III; R.A. REED; JOHN PRANGE; GEORGE PRANGE TRUST; BRYCE MAHER; MAHER FARMS, INC.; ALEX MAUPIN; ERIC MAUPIN; FOUR-M FARMS; GREGG MAYBERRY; CHARLES MAYBERRY; MELVIN LOW; DDAB FARMS; REYNOLD FARMS LIMITED PARTNERSHIP; DON ALLYSON MEDLIN; NOEL BYRON MEDLIN; CHERIE MEDLIN KIRBY; B.T. MEREDITH; THOMAS MEYER; BRYCE MILLER; JOHN T. MORONI; NANCY MORONI; JOHN W. MORONI; SHIRLEY MORONI; RANDY C. MORONI; SHEILA MORONI; PECK PLANTING LLC; WESLEY R. MORONI; JENNIFER MORONI; WILLIAM E. MORONI; STEVE MUNGER; EAGLE PASS LODGE, INC.; EAGLE PASS RANCH, INC.; GARY MURPHY FARMS PARTNERSHIP; GARY D. MURPHY III; GARY D. MURPHY II; GARY MURPHY SR.; GARY MURPHY FARMS II PARTNERSHIP; BRENT NEIGER; BRYCE NEIGER; DEAN NIEDERBAUMER; JANE NEIDERBAUMER; PAUL NIEDERBAUMER; CAREY NILSSON; MARLIN NILSSON; RHONDA NILSSON; DAVID OLEN; LANCE OLEN; DONALD OLEN; OLEN BROTHERS PARTNERSHIP; KEITH OLSON; PAULI FARMS, INC.; CURTIS PENFIELD; AARON

9

PETERSON; BRETT PETERSON; DANIEL
PETERSON; BRIAN PETERSON; WHISKEY
CREEK PARTNERSHIP; WHISKEY CREEK
ARKANSAS; KYLE PETERSON; MIKE PETERSEN;
MONTE PETERSEN; GARY PIC; ROGER PIC;
DAVID PIGORS; GARRETT RAHM; GRANT
RAHM; GREG RAHM; CYD T. RAHM; RAHM
FARM, INC.; JAMES RAULERSON; LEE ANN
RAULERSON; BRUTON FARMS LP; GARY
BRUTON FARMS INC.; HAMLIN FARMS; STEVE
REID; REID FARMS; RICKIE LEE RENO; ROY
EDWARD RENO; RICH STRASBURG FARMS,
INC.; RICK ROZELL; SCOTT ROZELL; RYCKMAN
FARMS, INC.; DEUCE FARMS, INC.; INEL
RYCKMAN; SOUTH SHORE, INC.; ANDY
SCARBOROUGH; TONY SCARBOROUGH;
SHELDON SCHWAB; SHERWIN SCHWAB;
ROGER SMITH; JOSIE LAND & BUFFALO
COMPANY, LLC; SPARLING RIVER FARMS;
ROBERT SPARLING; SPORT WADE INC.; BIJOU
HUTTERIAN BRETHREN, INC.; PLATTE
HUTTERIAN BRETHREN, INC.; STEFFEN
BROTHERS, INC.; DAVID STEFFEN;
STRASBURG, INC; JAMES TED STREET; STUCK,
INC.; CHELLE & NATE, INC.; THE MARGARET
MOORE THURMOND FAMILY TRUST D/B/A
JrMARTY TRUST; JMJ FARMS, LLC; STANLEY
CRAIG SUTTON; THE JOELLA MOORE
REVOCABLE LIVING TRUST; SHELBY FARMS
PARTNERSHIP; WOLF ISLAND FARMS, INC.;
SUTTON & THURMOND, LLC; T & S FARMS
PARTNERSHIP; JAMES THURMOND;
THURMOND FARMS, INC.; SYLTE BROTHERS
PARTNERSHIP; SYLTE FARMS PARTNERSHIP;
JASON SYLTE; AGECY I LLC; AGECY II LLC;
TUSZKA PARTNERSHIP; ROGER VANAUSDALL
JR.; ROBERT C. JOPLIN TRUST; JOHN L.
VANAUSDALL TESTAMENTARY TRUST;
VIRGINIA KIMSEY; ROGER VANAUSDALL III;
RL WARD JR. RES. TRUST; VIRGINIA SUE
BADER VANAUSDALL; VANDERWAL
LIVESTOCK, INC.; STUCKS JOINT VENTURE;
BARRY R. VCULEK; ROBIN VCULEK; FOUR
STAR AGRICULTURE; AARON VILHAUR; JEFF
WADE; SPORT WADE INC.; JOHN WANOUS;
AMY WANOUS; DARIN WIEDEBUSH;
WIEDEBUSH & ROBERTS PARTNERSHIP;
RANDY WIEDEBUSH; WIEDEBUSH AG, INC.;

10

WIEDEBUSH REAL ESTATE LIMITED
PARTNERSHIP; RYAN WEIGEL; JAMES YOUNG;
GLENDA YOUNG; JESSE YOUNG; YOUNG REAL
ESTATE; W&J YOUNG FARMS; FRANK ZWEBER,
INC.; DAVE ROBERTSON; LEISHA ROBERTSON;
JOE M. KNOSBY; JOE V. KNOSBY; ABC FARMS,
INC.; WOLF ISLAND FARMS, INC.; Al. STORY,
INC. A/K/A AL. STORY FARMS, INC.; RINGO
FARMS, INC.; CATHY L. DERNONCOURT; R.
SHEPHERD MORRIS, SR.; LARRY RAHM;
CYNTHIA WENDT; DONALD CURRY; DEJAY
FARMS; FLAHERTY FARMS; JAMES FRINK; DON
MATHAHS; CHAD MELBY; LARRY MATHAHS;
CHARLES E ENTAS; LEE BRUNA; TROY BRUNA;
FRANK & DENISE INC; THE BARGES RANCH,
INC; KRAUSE FARMS; MARK PARKER; W K
O'LEARY FARMS INC; LORAIN WILL; BETTY
RUST FARMS; BRIAN VCULEK FARM; JOEL
DURHEIM; JIM VALLEY FARM LLC; LEO RUST
FARM; KEVIN ROHDE; RUST FARM; RUST
FARM; COLE VCULEK; A D JASPERSEN LLC; A J
FARMS INC; STEVEN ADAMS; AHLSTRAND
CUMING COUNTY FARM LLC; VERNON
ALBRECHT; DALE ANDERSON; DARREN
ANDERSON; DOUGLAS ANDERSON; DURENE
ANDERSON; JEFFREY ANDERSON; JORDON R
ANDERSON; LISA ANDERSON; REED
ANDERSON; RICHARD E ANDERSON; ROBERT
ANDERSON; ROLAND ANDERSON; SCOTT
ANDERSON; STEVE ANDERSON; WINSTON
ANDERSON; ANDERSON FEEDLOT INC; BONNIE
JOY ANDREWS; THOMAS G ANDREWS; DUANE
ARENDS; ARROW P FARMS INC; ATCHISON
LAND PARTNERSHIP; HAROLD AUPPERLE; B &
B PARTNERSHIP; BACKWARD L FARMS;
DANIEL BACON; JEREMY BACON; JON  BACON;
KELLY BACON; ROSS BACON;  TANNER
BACON; MERRILL BAIER;  LARRY BANKSON;
BAR W FARMS LLC;  ROGER BARBER; BARTA
FARMS;  BAUERMEISTER FARMS LLC; NEIL
BAUMGERTNER; BE STEPHENS FARM  INC;
THOMAS J. BECK; BECK FARMS;  GARY
BECKMAN; JOE BECKMAN; STEVE  BECKMAN;
ARLIN SEETHE; SPENCER  BEETHE; TIM
BEIERMAN; CORY  BENNETT; MATT BENSON;
SAM & LINDA  BIALAS; BIEHL & HANSON;
BIEHL  CATTLE CO; RANDY BILSTEIN;
RICHARD BILSTEIN; DONALD  BLASCHKO;

11

VIRGINIA BLASCHKO; KEVIN BLECHA; DOUG BLOCK; BLOWERS FARMS LLC; ROGER BLUNCK; ERIC BOCICMANN; JAY BOCKMANN; JOE BODE; RALPG BODE; BRENT BOETTCHER; NORMA BOETTCHER; MARILYN BOHN; PHILBERT BONIFAS; BONIFAS AGRI INC; BON-TE FARMS INC; DAVID BORER; KEVIN BORER; MERLE BORER; KELLY BOSCH; MIKE BRANDERT; KEVIN BRANDL; GEOFF BRAY; MIKE BROCKMANN; WAYNE R BROCICMEIER; BROOKSIDE FARMS INC; BROWNFIELD FARMS; KIRK BROZEK; LANCE BROZEK; BROZEK & SONS, INC; DARRELL BRUNS; KENNETH BRUNS; BRUNTZ FARMS; BRYCE OWENS FARMS; BUCK BURKE FAMILY TRUST; MARK BUCKLEY; MITCH BUCKLEY; DALE BUELT; RONALD BUESCHER; L JOHN BUHL; KENNETH BURCHAM; RICHARD BURCHAM; JAMES BURESH; BURNS IDE FARMS LLC; GREG BURROWS; MASON BUSCHELMAN; BUSCHELMAN FARMS; BRIAN BUSS; MELVIN BUSS; BUTLER FARMS INC; TRENTON BUTTERFILED; CAPTAIN & CO FARMS INC; CHRISTOPHER CARDER; BILL CARLSON; BRETT CARLSON; CHARLES CARLSON; JOE CARLSON; JAMES CARR; CARSTEN BARGER FARM; CEDAR DALE ACRES; CEMPER LAND CO; CENTENNIAL HILL FARMS INC.; DAVID CHAPEK; ERNEST CHAPEK; KEITH CHARLING; CHARLING FARMS INC; DUANE CHILDERS; JAMES CHILDERS; EDWARD & MARGARET CHIZEK; MARK CHOHON; JAMES CHRISTENSEN; CHRISTENSEN FARMS INC; KEVIN CHRISTMAN; MELVIN CIHAL; CIRCLE G FARMS; CHARLES CLARK; RODNEY CLARK; JOHN H CLAUS; CLOET FARMS; CMN FARMS INC; BRENT COFFEY; QUENTIN CONNEALY; RICHARD CORMAN; VERNON CORMAN; CORNERSTONE FARMS LLC; CORNHUSKER PORK PRODUCERS OF NE, INC.; BERNARD COSTELLO; JASON COX; DALE CRAMER; DREW CRAMER; MICHAEL CROSLEY; TIMOTHY CROSLEY; CROSS DIAMOND CATTLE COMPANY; CRUISE FARMS INC; JAMES CRUMLY; CRUMLY LAND & CATTLE; BRAD CUMMINGS; HAL M CUMMINS; MARY M CUMMINS; MARY M CUMMINS; JOHN CURLO; CW FARMS; D MCGEE INC; D & D DAMME FARMS INC; D & D FARMS PARTNERSHIP; D & J

12

FARMS; D & L FARMS OF ROSALIE NE; D AND R FARMS INC; GARY DAHLGREN; DAHLGREN CATTLE COMPANY; DAKE BROS INC; DALE GIBSON TRUST; DAN HLADKY FARMS LLC; DANIELSKI HARVESTING & FARMING; DARR GRAIN PARTNERSHIP; DARRELL BUSCHKOETTER FARM; RONALD DAVEY; DAVID CITY FARM; DCR INC; DD FARMS; DEAN FARMS; CAROL DEBOER; HUGH DECK; DEJH FARMS; CHRIS & MITCH DENKER; DARRELL DENKER; DENKER INC; DENKER & SONS; JERRY DIBBERN; DIBBERN FAMILY FARMS INC; DIECKGRAFE FARMS; DITTRICH FARM PARTNERSHIP; RANDY DODDS; WILLIAM DODDS; JAMES DOERR; JOSHUA DOERR; RODNEY DOERR; DOERR FARMS; DOHT FARMS INC; LARRY DOMINA; LES DOMINA; DON STENGER INC; FRANK DORCEY; PATRICK J DORCEY; PATRICK M DORCEY; DOUBLE B TURKEY FARM INC; DOWLING FARMS; MATTHEW DUESTER; MICHAEL DUESTER; TIM DUESTER; E & C MYERS FARMS INC; E & S FARMS INC; DANNY EASTERDAY; TIM EASTERDAY; TROY EASTERDAY; ROBIN EGGLESTON; EICKHOFF FARMS INC; KYLE EISENHAUER; SCOTT EISENHAUER; JOHN EISENMENGER; SPENCER EISENMENGER; EISENMENGER FARMS INC; DENNIS EKBERG; ERIC EKBERG; EMK LLC; JULIANN ENDORF; CHRIS ENGEL; ROBERT V ERICKSON; ERICKSON FAMILY FARMS; EVERETT DWAIN SHIRBROUN TRUST; F-4 FARMS INC; ANDY FAIRLEY; FANGMAN FARMS; MATT FEIK; DAVE FEILMEIER; JEFF FEILMEIER; MIKE FEILMEIER; FIALA FARMS INC; DEL FICICE; MARTIN FICKEN; DAN & CYNTHIA FINNEGAN; IVAN FINTEL; DAVID FISCHER; FIVE L FARMS INC; JAMES & KARLA FOLTZ; JORDAN FOLTZ; JUSTIN FOLTZ; MARK & MARCELLINE FOLTZ; RANDY FOLTZ; ROBERT & KELLI FOLTZ; RUSSAL FOLTZ; ANDRAE FRANZ; FRANZ FARMS INC; DARREN FRANZEN; JAMES V FRANZEN; LARRY FRAUENDORFER; RANDY FRAUENDORFER; STEVE FRAUENDORFER; TREVOR FRAUENDORFER; TREY FRAUENDORFER; E. RICHARD FRAZIER; DAVID FREDERICK; DEAN J FREY; FREY CIRCLE J FARMS INC; FREY FARMS; CLIFFORD

13

FUCHTMAN; ERIC FUCHTMAN; JAMES
FUCHTMAN; FUCHTMAN FARMS INC; FULLNER
BROS; DALE FUNK; KYLEE FUNK; TRAVIS
RINK; CORY FURSTENAU; G-7 AG
PRODUCTION; G 0 FARMS INC; JEFFREY SCOTT
GAITES; DAN GANSEBOM; GARFIELD FARMS
INC; DONALD J GASPER; DONALD L. SR
GASPER; BRENT & KELLY GENGENBACH;
GERKEN FARMS INC; CHAD GIDEON; GIDEON
FARMS INC; DAN GILLESPIE; MICHAEL
GLAUBIUS; GOEBEL FARMS INC; DAVID &
CINDY GOELLER; DENNIS GOELLER; MICHAEL
GOLDFISH; JOHN GORACKE; GARY GOSSMAN;
MARIAN GOSSMAN; JACOB GRAFF; MARTIN
GRAFF; MICAH GRAFF; LESLIE H GRAHAM;
GRAIN MAKERS; GREEN K; ROGER
GRONEWOLD; GROTHEN FARMS INC; GROWE
INC; MIKE HAGERBAUMER; HAMMOND
ENTERPRISES; GAYLEN E HANQUIST; DARWIN
E HANSEN; DARWIN K HANSEN; THOMAS
HANSEN; FLOYD & MERNA HANSON;
HARDSCRABBLE FARMS INC; MICHAEL
HARMON; GARY HARMS; HART FARMS NC;
HARVEY BRAY INC; RAYMOND HEBDA, JR.;
RAYMOND HEBDA, SR.,

Plaintiffs,

v.

SYNGENTA AG;
SYNGENTA CROP PROTECTION AG;
SYNGENTA CORPORATION;
SYNGENTA CROP PROTECTION, LLC;
SYNGENTA BIOTECHNOLOGY, INC.; and
SYNGENTA SEEDS, INC.,

Defendants.

## DEFENDANTS SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, SYNGENTA BIOTECHNOLOGY, INC., AND SYNGENTA SEEDS, INC.'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1453, defendants Syngenta Corporation,

Syngenta Crop Protection, LLC, Syngenta Biotechnology, Inc., and Syngenta Seeds, Inc.

(collectively, "Syngenta" or "Defendants"), expressly reserving all rights otherwise to respond to this lawsuit, including but not limited to any objection to improper venue, hereby remove the above-captioned case, which was filed in the Third Judicial Circuit of Madison County, Illinois, and captioned No. 15-L-1483, to the United States District Court for the Southern District of Illinois.

This case is removable because this Court has jurisdiction under the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d), and thus removal is proper under 28 U.S.C. § 1453(b).

## REMOVAL JURISDICTION

1.      This case is a civil action that was filed on November 16, 2015 in the Third Judicial Circuit of Madison County, Illinois, styled *Brase Farms, Inc., et al. v. Syngenta AG, et al.*, No. 15-L-1483. *See* Compl. (attached as Ex. A). Syngenta Corporation received service of the Complaint on December 1, 2015 by personal service in Delaware. *See* Executed Summons (attached as Exhibit B) at B1. Syngenta Crop Protection, LLC was served with the Complaint on December 2, 2015 by process server in Illinois. *See id.* at B5. Syngenta Seeds, Inc. was served with the Complaint on December 2, 2015 by process server in Illinois. *See id.* at B11. Plaintiffs purported to serve Syngenta Biotechnology, Inc. with the Complaint on November 25, 2015, *see id.* at B17, but as explained below, *see infra* para. 7, Syngenta Biotechnology, Inc. has merged into Syngenta Crop Protection, LLC and no longer exists as a separate corporate entity. No other Defendants have been served.[1]

2.      Removal is timely under 28 U.S.C. § 1446(b). Defendants have filed this Notice

---

[1]   Defendants Syngenta AG and Syngenta Crop Protection AG are Swiss companies that have not been served. Neither their consent nor joinder is necessary for removal under CAFA, *see* 28 U.S.C. § 1453(b) (permitting CAFA removal "by any defendant without the consent of all defendants"), or under § 1446, *see* 28 U.S.C. § 1446(b)(2)(A) (requiring only those "defendants who have been properly joined *and served* [to] join in or consent to the removal of the action") (emphasis added).

of Removal within thirty (30) days of when the Complaint and summons were served on November 25, 2015. *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 348-49 (1999); *see also Phoenix Container, L.P. ex rel. Samarah v. Sokoloff*, 83 F. Supp. 2d 928, 930 (N.D. Ill. 2000) ("The Supreme Court recently clarified § 1446(b) by holding that the thirty-day removal period does not begin to run until a defendant is formally served with the complaint.") (citing *Murphy Bros.*, 526 U.S. at 353-55).

3.     Removal to this Court is proper because the Southern District of Illinois, East St. Louis Division, is the district and division embracing the place (Madison County, Illinois) where the action was filed.  28 U.S.C. § 1441(a).

4.     As required by 28 U.S.C. § 1446(a), Defendants have attached to this notice "a copy of all process, pleadings, and orders served upon" them.  More specifically, the following documents are attached:  (a) plaintiffs' Complaint (Ex. A), and (b) all process, pleadings and orders that have been served upon Defendants (Ex. B).

5.     Upon filing this Notice of Removal, Defendants will provide written notification to plaintiffs' counsel and will file a Notification of Removal (attaching a copy of this Notice of Removal) with the Third Judicial Circuit of Madison County, Illinois.

## BACKGROUND

6.     Plaintiffs are individuals who reside in and, upon information and belief, are citizens of Illinois, Minnesota, Iowa, North Carolina, Indiana, Nebraska, South Dakota, Vermont, California, Kansas, Missouri, Virginia, North Dakota, South Carolina, Wisconsin, Ohio, Colorado, Delaware, Alabama, Michigan, Florida, Oklahoma, Tennessee, Arkansas, Kentucky, Texas, Louisiana, and Arizona for jurisdictional purposes.  *See* Compl., Ex. A ¶¶ 1-1229.

7.     No Defendant is a citizen of Illinois, Iowa, Indiana, Nebraska, South Dakota,

16

Vermont, California, Kansas, Missouri, Virginia, North Dakota, South Carolina, Wisconsin, Ohio, Colorado, Alabama, Michigan, Florida, Oklahoma, Tennessee, Arkansas, Kentucky, Texas, Louisiana, or Arizona.   Defendants Syngenta AG, Syngenta Crop Protection AG, Syngenta Corporation, and Syngenta Seeds, Inc. are corporations, each of which is incorporated outside of these states and has its principal place of business outside of these states. *Id.* ¶¶ 1231-33, 1236; *see Hertz Corp. v. Friend*, 559 U.S. 77, 93 (2010) (holding that a corporation is a citizen of its place of incorporation and its "principal place of business," which is "the actual center of direction, control, and coordination" of corporation's activities).   Defendant Syngenta Crop Protection, LLC, is a limited liability company organized under the laws of the state of Delaware, Compl., Ex. A ¶ 1234, and does not have any member that is a citizen of the above named states. *See Belleville Catering Co. v. Champaign Mkt. Place, L.L.C.*, 350 F.3d 691, 692 (7th Cir. 2003) ("[L]imited liability companies are citizens of every state of which any member is a citizen."). Although plaintiffs have also named Syngenta Biotechnology, Inc. as a defendant, Syngenta Biotechnology, Inc. was merged into Syngenta Crop Protection, LLC as of December 31, 2014.  Prior to this merger, Syngenta Biotechnology, Inc. was incorporated in Delaware with its principal place of business in North Carolina.  Compl., Ex. A ¶ 1235.

### JURISDICTION EXISTS UNDER THE CLASS ACTION FAIRNESS ACT

8.      Congress enacted CAFA to "ensur[e] Federal court consideration of interstate cases of national importance." *Standard Fire Ins. Co. v. Knowles*, 133 S. Ct. 1345, 1346 (2013). To further Congress' intent, the Supreme Court made clear just last Term that CAFA must be interpreted "broadly" in favor of removal" and that "'no antiremoval presumption'" applies in "'cases invoking CAFA.'" *Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S. Ct. 547, 554 (2014); *see also, e.g., Dudley v. Eli Lilly & Co.*, 778 F.3d 909, 912 (11th Cir. 2014) ("Applying this binding precedent from the Supreme Court, we may no longer rely on any

presumption in favor of remand in deciding CAFA jurisdictional questions."). CAFA creates federal jurisdiction over and makes removable "any civil action in which the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs, and is a class action in which any member of a class of plaintiffs is a citizen of a State different from any defendant." 28 U.S.C. § 1332(d)(2)(A); *id.* § 1453(b) ("A class action may be removed to a district court of the United States in accordance with section 1446 . . . ."). "Class action" is defined by the statute to include a "mass action." *Id.* §§ 1332(d)(11)(A), 1453(a). A case is removable as a mass action if (1) there are "'monetary relief claims of 100 or more persons'"; (2) those claims "'are proposed to be tried jointly on the ground that the plaintiffs' claims involve common questions of law or fact'"; (3) there is minimal diversity of citizenship; (4) "at least one individual plaintiff . . . seek[s] recovery exceeding $75,000"; and (5) the plaintiffs' claims, when aggregated, put more than $5 million in controversy. *Bullard v. Burlington N. Santa Fe Ry. Co.*, 556 F. Supp. 2d 858, 859 (N.D. Ill. 2008) (quoting 28 U.S.C. § 1332(d)(11)), *aff'd*, 535 F.3d 759 (7th Cir. 2008). All five requirements are satisfied here.

9.      **Claims For Monetary Relief On Behalf Of 100 Or More Persons.** The Complaint asserts claims for damages on behalf of 1,228 plaintiffs, *see* Compl., Ex. A ¶¶ 1-1229, which exceeds CAFA's requirement that a removable mass action consist of at least 100 plaintiffs, *see* 28 U.S.C. § 1332(d)(11)(B)(i).

10.      **Complaint Seeks To Try Claims Jointly Based On Common Questions Of Facts Or Law.** The Complaint expressly alleges that there are "significant questions of law and fact [that] are common to all Plaintiffs, and the claims of all Plaintiffs are due to be *tried together and jointly.*" Compl., Ex. A ¶ 1248 (emphasis added); *see also id.* ¶ 1247 (alleging that "[a]ll claims involve common questions" of law and fact). In addition, by joining all of the plaintiffs

together in a single complaint, Illinois procedural law treats the complaint as requesting a single trial of all joined plaintiffs' claims. *See Bullard*, 556 F. Supp. 2d at 860 (holding that plaintiffs' proposal of a joint trial of their claims was "inherent in the very fact that plaintiffs filed a single joint complaint" because "fil[ing] one action joining all 144 plaintiffs under a single caption" requests "a single trial [a]s the default rule" under Illinois procedural law).

11.    **Minimal Diversity Of Citizenship.**  Minimal diversity exists because plaintiffs include citizens of Illinois, Iowa, Indiana, Nebraska, South Dakota, Vermont, California, Kansas, Missouri, Virginia, North Dakota, South Carolina, Wisconsin, Ohio, Colorado, Alabama, Michigan, Florida, Oklahoma, Tennessee, Arkansas, Kentucky, Texas, Louisiana, and Arizona, and none of the Defendants is a citizen of any of those states. *See supra* paras. 6-7; 28 U.S.C. § 1332(d)(2)(A) (minimal diversity met where "any member of a class of plaintiffs is a citizen of a State different from any defendant"); *see Hart v. FedEx Ground Package Sys.*, 457 F.3d 675, 676-77 (7th Cir. 2006) (same).

12.    **More Than $75,000 In Controversy For At Least One Plaintiff's Claim.** According to the Complaint, "[e]ach Plaintiff claims actual damages exceeding $75,000, exclusive of interest and costs." Compl., Ex. A ¶ 1230; *see, e.g.*, *Bullard*, 556 F. Supp. 2d at 859 (finding individual amount in controversy satisfied where complaint alleged that "many of the claims asserted herein have a value in excess of $75,000").

13.    **$5 Million Aggregate Amount In Controversy.**  The face of the Complaint confirms that the aggregate amount in controversy exceeds $5,000,000.  Because the Complaint alleges that "[e]ach Plaintiff claims actual damages exceeding $75,000" and there are 1,228 total plaintiffs, Compl., Ex. A ¶¶ 1-1230; *see supra* para. 9, there is at least $92,100,000 in controversy. *See, e.g.*, *Bullard*, 556 F. Supp. 2d at 859 (finding aggregate amount in controversy

satisfied where plaintiffs alleged that "many of the claims asserted herein have a value in excess of $75,000" and therefore "[e]ven if only half of the 144 individual plaintiffs are seeking damages of $75,000, their 72 claims would exceed $5 million in the aggregate"). The Complaint also alleges that the defendants' challenged conduct caused "billions of dollars of damages to U.S. exporters, including farmers, farm landowners and farming entities." Compl., Ex. A ¶ 1262. Moreover, in addition to compensatory and consequential damages, plaintiffs also seek punitive damages and injunctive relief. *Id.* ¶ 1272; *see Cadek v. Great Lakes Dragaway, Inc.*, 58 F.3d 1209, 1211-12 (7th Cir. 1995) ("'Where both actual and punitive damages are recoverable under a complaint each must be considered to the extent claimed in determining the jurisdictional amount.'" (quoting *Bell v. Preferred Life Soc'y*, 320 U.S. 238, 240 (1943))); *Tropp v. W.-S. Life Ins. Co.*, 381 F.3d 591, 596 (7th Cir. 2004) ("[T]he cost a defendant incurs in complying with injunctive relief is a legitimate consideration in a jurisdictional inquiry.").

14.    None of CAFA's narrow exceptions apply. *See Appert v. Morgan Stanley Dean Witter, Inc.*, 673 F.3d 609, 618 (7th Cir. 2012) ("CAFA was enacted to grant[] broad federal jurisdiction over class actions and establishes narrow exceptions to such jurisdiction.") (alteration in original). The local-controversy exception does not apply because none of the Defendants is a citizen of Illinois. *See* 28 U.S.C. § 1332(d)(4)(A)(i)(II)(cc) (requiring in part that "at least [one] defendant is a defendant who is a citizen of the State in which the action was originally filed"). The home-state controversy exception and discretionary exception do not apply for the same reason. *See* 28 U.S.C. § 1332(d)(4)(B) (requiring in part that "the primary defendants, are citizens of the State in which the action was originally filed" for the home-state controversy exception); 28 U.S.C. § 1332(d)(3) (requiring in part that "the primary defendants are citizens of the State in which the action was originally filed" for the discretionary exception);

*Hart*, 457 F.3d at 679 (same for both home-state controversy and discretionary exception). Nor does the single-event exception apply. *See* 28 U.S.C. § 1332(d)(11)(B)(ii)(I) (applies where "all of the claims in the action arise from an event or occurrence in the State in which the action was filed, and that allegedly resulted in injuries in that State or in States contiguous to that State"). Plaintiffs do not allege that all of their claims arise from a single event in Illinois, but instead allege that their claims arise from a number of acts over a number of years undertaken by Syngenta entities located both inside and outside the United States (none of which is located in Illinois), including (a) Syngenta's decision to commercialize and sell Viptera and Duracade corn seeds in various states, and (b) certain representations made outside of Illinois by different Syngenta entities. *See* Compl., Ex. A ¶¶ 1240, 1257-61; *see, e.g., Nevada v. Bank of Am. Corp.*, 672 F.3d 661, 668 (9th Cir. 2012) (single-event exception applies "only where all claims arise from a single event or occurrence" within the state). And the Complaint alleges that plaintiffs were injured outside of Illinois and outside of states contiguous to Illinois. *See* Compl., Ex. A ¶ 1242 (alleging that injuries were felt by "[m]ultiple Plaintiffs [who] reside in and are citizens of states which are not contiguous to Illinois," including "North Carolina, Minnesota, Alabama, Arkansas, California, Colorado, Florida, Kansas, Louisiana, Michigan, Mississippi, Nebraska, North Dakota, Ohio, Oklahoma, South Carolina, South Dakota, Tennessee, Texas, and Virginia").

## CONCLUSION

For the foregoing reasons, Defendants remove this action from the Third Judicial Circuit of Madison County, Illinois, to the United States District Court for the Southern District of Illinois.

December 16, 2015

Respectfully submitted,

SYNGENTA CORPORATION,
SYNGENTA CROP PROTECTION, LLC,
SYNGENTA BIOTECHNOLOGY, INC.,
SYNGENTA SEEDS, INC., Defendants

By: */s/ Michael J. Nester*

Michael J. Nester (ARDC #0203211)
DONOVAN ROSE NESTER P.C.
201 South Illinois Street
Belleville, IL 62220
Telephone: (618) 212-6500
Fax: (618) 212-6501
Email: MNester@drnpc.com

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing document with the Clerk of this Court by using the CM/ECF system. I also certify that a copy has been served on counsel for plaintiffs via U.S. mail, postage prepaid and properly addressed, this 16th day of December, 2015:

James G. Onder
ONDER, SHELTON, O'LEARY &
PETERSON, LLC
100 E. Lockwood Ave.
2nd Floor
St. Louis, MO 63119
Telephone: (314) 693-9000
blair@onderlaw.com

W. Lewis Garrison, Jr.
HENINGER GARRISON DAVIS,
LLC
2224 1st Avenue North
Birmingham, AL 35203
Telephone: (205) 326-3336
wlgarrison@hgdlawfirm.com

Francois M. Blaudeau
2224 1st Avenue North
Birmingham, AL 35203
Telephone: (205) 325-3335
francois@southernmedlaw.com

Brian L. Kinsley
2400 Freeman Mill Road, Ste. 200
Greensboro, NC 27406
Telephone: (336) 333-9899
blkinsley@crumleyroberts.com

Todd Harvey
BURKE HARVEY, LLC
3535 Grandview Parkway
Suite 100
Birmingham, AL 35242
Telephone: (205) 930-9091
tharvey@burkeharvey.com

David A. Domina
DOMINA LAW GROUP PC LLO
2425 S. 144th Street, Omaha, NE
68144
Telephone: (402) 493-4100
ddomina@dominalaw.com

/s/ Michael J. Nester
Michael J. Nester (ARDC #0203211)